THE STATE, EX REL. GENERAL MAINTENANCE & ENGINEERING CO.,
APPELLANT, *v.* TOBIN ET AL., INDUSTRIAL COMMISSION OF OHIO,
APPELLEES.

(No. 39533—Decided November 17, 1965.)

*Messrs. Vorys, Sater, Seymour & Pease* and *Mr. Herbert R. Brown,* for appellant.

*Mr. William B. Saxbe,* attorney general, *Mr. Donald M. Colasurd* and *Mr. Donald B. Ruben,* for appellees.

*Per Curiam.* The provision of section 316 (b) is not that safety devices shall be used on all "roofs" having such a pitch, but on all "roof construction." The practical interpretation to be given this provision is that it applies to all work being done on a part of a roof having such a pitch.

Since no safety devices whatsoever were used, a violation of section 316 (b) is clear. The authorized devices are those specified in sections 316 and 317, which are *in pari materia,* and are specific requirements.

The judgment of the Court of Appeals is affirmed.

*Judgment affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.